Certificate Number: 03088-PAE-DE-029926302

Bankruptcy Case Number: 12-18208



03088-PAE-DE-029926302

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2017, at 11:36 o'clock AM CDT, Jane A Malosiecki completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 25, 2017            By:    /s/Doug Tonne

Name:  Doug Tonne

Title:   Counselor