United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-18208-jkf
David M. Malosiecki                                                       Chapter 13
Jane A. Malosiecki
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2           Date Rcvd: Nov 16, 2017
                             Form ID: 138NEW          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db/jdb         +David M. Malosiecki,    Jane A. Malosiecki,    1334 E. Eyre St.,    Philadelphia, PA 19125-3304
cr            #+BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
NONE           +Brad J. Sadek,   Sadek Law Offices,    1315 Walnut Street,   Suite 302,
                 Philadelphia, PA 19107-4705
cr             +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
                 610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr              ECMC,   P.O. Box 75906,   St. Paul, MN  55175
12900487       +American Student Assistance Guarantor,    100 Cambridge Street,    Suite 1600,
                 Boston MA 02114-2567
12845516      ++ BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
12845515       +Bank Of America, N.A.,    450 American St.,    Simi Valley, CA 93065-6285
12903269      #+Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 26012, NC4-105-02-99,
                 Greensboro, North Carolina 27420-6012
12922255        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
12845519       +Convergent Outsourcing,    800 Sw 39th St,   Renton, WA 98057-4975
12955240        ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
12859579        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
12845520       +FIA Card Services, N.A.,    F/K/A Bank of America,   1825 E. Buckeye Rd.,
                 Phoenix, AZ 85034-4216
12857456      ++ FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    Dept 55953,   P O Box 55000,
                 Detroit  MI  48255-0953)
12845521       +Ford Credit,   Po Box Box 542000,    Omaha, NE 68154-8000
12873910       +Philadelphia Gas Works,    800 W Montgomery Ave,   Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12936456       +Sadek Law Offices, LLC,    1315 Walnut Street,   Suite 302,   Philadelphia, PA 19107-4705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12845513       +E-mail/Text: bknotices@conduent.com Nov 17 2017 01:53:49     ACS / Suntrust Bank,
                 501 Bleecker St,   Utica, NY 13501-2401
13139393        E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:03     City of Philadelphia Law Department,
                 Tax Unit - Bankruptcy,   Municipal Services Building,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
12845517       +E-mail/Text: bankruptcy@cavps.com Nov 17 2017 01:52:48     Cavalry Portfolio Serv,
                 500 Summit Lake Dr,   Valhalla, NY 10595-2322
12845518       +E-mail/Text: bankruptcy@cavps.com Nov 17 2017 01:52:48     Cavalry Portfolio Service,
                 500 Summit Lake Dr.,    Valhalla, NY 10595-2322
12891231       +E-mail/Text: bankruptcy@cavps.com Nov 17 2017 01:52:48     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13120085       +E-mail/Text: bncmail@w-legal.com Nov 17 2017 01:52:38     Cheswold (Ophrys), LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12894387        E-mail/Text: appebnmailbox@sprint.com Nov 17 2017 01:52:30     Sprint Nextel  Correspondence,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
12885821        E-mail/Text: bknotices@conduent.com Nov 17 2017 01:53:49     Suntrust Bank,   c/o Xerox,
                 P. O.Box 22724,   Long Beach, CA 90801-5724
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SunTrust Bank
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*            +Cheswold (Ophrys), LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12845514      ##+Bank Of America,   P.O. Box 1598,   Norfolk, VA 23501-1598
12845522      ##+Gordon & Weinberg, P.C.,    1001 E. Hestor Street,   Ste. 220,   Conshohocken, PA 19428-2395
                                                                                               TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 2 of 2             Date Rcvd: Nov 16, 2017
                              Form ID: 138NEW          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Jane A. Malosiecki brad@sadeklaw.com
              BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor David M. Malosiecki brad@sadeklaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HOWARD  GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David M. Malosiecki and Jane A. Malosiecki

       Debtor(s)

Bankruptcy No: 12−18208−jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/16/17

51 − 50
Form 138_new